**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| David Perou, | Case No. 21-cv-1430 (MJD/DTS) |
| Plaintiff, | **ORDER REGARDING FILING DOCUMENTS UNDER SEAL PURSUANT TO L.R. 5.6** |
| v. | |
| Lincoln Life Assurance Company of Boston, | |
| Defendant. | |

In order to facilitate the parties' compliance with Local Rule 5.6 the Court hereby makes the following order. The parties are expected to follow this order and failure to do so will result in sanctions.

**Filing Documents Under Temporary Seal (Initial Filing)**

1. As required by L.R. 5.6, every document filed under temporary seal *must* be filed separately so that it is assigned its own docket number (*e.g.*, ECF No. 15 or ECF No. 15-1).

2. As required by L.R. 5.6, a party filing a document under temporary seal must contemporaneously and publicly file a redacted public version of the document or file a statement that the entire document is confidential or that redaction is impractical.

3. Parties must redact documents whenever possible. Examples of documents, which cannot be redacted include medical records and student records.

**Joint Motion Regarding Continued Sealing**

1. The joint motion *must* comply with L.R. 5.6(d)(2)(A).

2. The description of the reason for continued sealing must:

    a. be brief (*e.g.* "The document contains trade secret information regarding the Coca-Cola formula.");

      b. be specific to each document filed under seal;

      c. must not contain lengthy legal argument; and

      d. may not simply state that the document is designated confidential pursuant to a protective order.

3. Examples of properly presented reasons for continued sealing are included in Exhibit 1. Examples of unacceptable or improper reasons for continued sealing are shown in Exhibit 2.

4. To ensure consistency in sealing orders and enhance efficiency, each party is encouraged to keep a log of documents it has filed under seal and must—in its motion for continued sealing—inform the Court if a document has been previously filed under seal in the action and the resolution of any prior joint motion for continued sealing as to the document. If a document has already been ordered sealed by the Court, the reason for continued sealing may simply state "previously sealed by the Court per ECF No. ___."


Dated: December 17, 2021                      ___s/David T. Schultz_____
                                                                     DAVID T. SCHULTZ
                                                                     U.S. Magistrate Judge